Alex Asil Mashiri, Esq. (SBN 283798)
alexmashiri@yahoo.com
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Tel: (858) 348-4938
Fax: (858) 348-4939

Attorneys for Plaintiff:
JUSTIN HASKELL

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN HASKELL, <br><br> Plaintiff, <br><br> vs. <br><br> COLLECTION CONSULTANTS OF CALIFORNIA <br><br> Defendant. | Case No. 16-cv-2796-LAB-KSC <br><br> **JOINT MOTION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7.2, Plaintiff JUSTIN HASKELL and Defendant COLLECTION CONSULTANTS OF CALIFORNIA jointly move the Court to dismiss the entire case with prejudice. Each party to bear their own respective attorney's fees, expenses and costs.

Respectfully submitted,

| | | |
|---|---|---|
| 1 | DATED: April 16, 2018 | **MASHIRI LAW FIRM** |
| 2 | | A Professional Corporation |
| 3 | | By: /s/ Alex Asil Mashiri |
| 4 | | Alex Asil Mashiri |
| | | Attorney for Plaintiff |
| 5 | | JUSTIN HASKELL |

DATED: April 16, 2018         KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation


By:      /s June D. Coleman
June D. Coleman
Attorneys for Defendant
COLLECTION CONSULTANTS OF CALIFORNIA

## SIGNATURE CERTIFICATION

Pursuant to Section 2.f.4 of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained defense counsel's approval for her electronic signature to this document.

DATED: April 16, 2018  **MASHIRI LAW FIRM**
A Professional Corporation

By: /s/Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff,
Justin Haskell

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2018, I electronically filed the foregoing **JOINT MOTION TO DISMISS** with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED: April 16, 2018

**MASHIRI LAW FIRM**
A Professional Corporation

By: /s/Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff,
Justin Haskell