# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN HASKELL, | CASE NO. 16cv2796-LAB (KSC) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| COLLECTION CONSULTANTS OF CALIFORNIA, | |
| Defendant. | |

The parties' joint motion to dismiss (Docket no. 35) is **GRANTED**.  Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**.  The parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

DATED:  April 18, 2018

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

16cv1796